# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT EKAS,

      Plaintiff(s),

v.

PARIS LAS VEGAS OPERATING CO.,
LLC, et al.,

      Defendant(s).

Case No. 2:24-cv-02248-JAD-DJA

**Order**

The undersigned has been assigned to this case as the evaluating judge with respect to the early neutral evaluation program. Docket No. 4. An evaluating judge may exempt a case from the early neutral evaluation program on her own motion. Local Rule 16-6(c). In reviewing the docket, it is not clear that engaging in an early neutral evaluation in this case is a worthwhile use of judicial or party resources. Accordingly, the parties must file a joint statement by February 19, 2025, detailing the parties' position(s) as to whether this case should be exempted from the early neutral evaluation program.

      IT IS SO ORDERED.

      Dated: February 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1