ROGER L. GRANDGENETT, ESQ.
Nevada Bar No. 6323
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
rgrandgenett@littler.com
mdissinger@littler.com

Attorneys for Defendants
PARIS LAS VEGAS OPERATING CO., LLC;
CAESARS ENTERTAINMENT, INC.; KAITLIN MOLINA;
and MICHELLE LYNCH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT EKAS,<br><br>    Plaintiff,<br><br>v.<br><br>PARIS LAS VEGAS OPERATING CO., LLC, CAESARS ENTERTAINMENT, INC., KAITLIN MOLINA, MICHELLE LYNCH, AND DOES 1-10,<br><br>    Defendants. | Case No. 2:24-cv-02248-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 13 |

Plaintiff, ROBERT EKAS ("Plaintiff"), and Defendants, PARIS LAS VEGAS OPERATING CO., LLC, CAESARS ENTERTAINMENT, INC., KAITLIN MOLINA and MICHELLE LYNCH ("Defendants") (collectively herein the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

The Parties have reached an agreement to resolve this action. The Parties submit the instant Stipulation pursuant to their agreement for resolution. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice and close the case.

DATED: March 7, 2025

ROBERT EKAS

By: _____
ROBERT EKAS

Plaintiff *pro se*

DATED: March 7, 2025

LITTLER MENDELSON, P.C.

By: */s/ Michael D. Dissinger*
ROGER L. GRANDGENETT, ESQ.
MICHAEL D. DISSINGER, ESQ.

Attorneys for Defendants
PARIS LAS VEGAS OPERATING CO., LLC; CAESARS ENTERTAINMENT, INC.; KAITLIN MOLINA; AND MICHELLE LYNCH

## ORDER

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 10, 2025

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800